UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TED CHARLES HAYS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 15-1487 R(JC)<br><br>(PROPOSED)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

　　　IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation; and (2) Judgment be entered accordingly.

　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on counsel for the parties.

DATED: August 29, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE