UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED CHARLES HAYS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 15-1487 R(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED IN PART AND THIS MATTER IS REMANDED for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: August 29, 2016

_____

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE